```
ERSKINE & TULLEY
A PROFESSIONAL CORPORATION
MICHAEL J. CARROLL (St. Bar #50246)
220 Montgomery Street, Suite 303
San Francisco, CA  94104
Telephone:  (415) 392-5431

Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE AUTOMOTIVE INDUSTRIES, et al., <br><br> Plaintiff, <br><br> vs. <br><br> FRED'S WHEEL BRAKE, INC., a California corporation <br><br> Defendant. | NO. C 07 1814 SI <br><br> ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE |

    IT IS ORDERED that the Case Management Conference in this case originally set for July 6, 2007 continued to August 10, 2007 at 2:00 p.m. in Courtroom 10, 19th Floor, 450 Golden Gate Avenue, San Francisco, CA.

Dated:_____         _____
                                Honorable Susan Illston

ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE          1